IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MCKEITHAN QUANDRELL WHITLEY,   )
  )
               Petitioner,   )
  )      1:20CV341
       v.   )      1:15CR321-1
  )
UNITED STATES OF AMERICA,   )
  )
               Respondent.   )

RECOMMENDATION AND ORDER
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner, has submitted a Motion (Docket Entry 50) to vacate,

set aside, or correct sentence pursuant to 28 U.S.C. § 2255.[1] This Motion cannot be further

processed because court records reveal that Petitioner previously attacked the same

conviction and sentence in a prior § 2255 motion [No. 1:16CV788]. Consequently,

Petitioner must move in the United States Court of Appeals for the Fourth Circuit for an

order authorizing this district court to consider the current Motion, as required by 28 U.S.C.

§ 2255 and 28 U.S.C. § 2244. See AO 243 (MDNC 10/07), Instructions, ¶ (4) (copy

---

[1] Petitioner uses the forms for filing a Motion under § 2255, but does not actually include any claims for relief. However, a few days later, he filed a Letter (Docket No. 51) in which he states that a prison where he was formerly housed informed him via an attached form that, contrary to a prior ruling of this Court, he is eligible for relief under the First Step Act of 2018. If this is his claim, it fails for the reasons set out in conjunction with the denial of Petitioner's First Step Motion and the form provided by Petitioner's prison does not change this. Petitioner's Letter also refers to the current Covid-19 pandemic. His purpose in making this reference is unclear. However, to the extent he intends to raise a claim or seek relief, Petitioner must file a proper motion or action.

enclosed).  Because of this pleading failure, this particular Motion should be filed and then dismissed.

IT IS THEREFORE RECOMMENDED that this action be filed and then dismissed *sua sponte* for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

IT IS THEREFORE ORDERED that the Clerk send Petitioner a copy of this Recommendation, instruction forms for filing § 2255 motions in this Court and Motions for Authorization in the court of appeals, and four copies of § 2255 motion forms (more copies will be sent on request).  Petitioner should keep the original and two copies of the § 2255 motion which can be submitted in this Court if Petitioner obtains approval from the Fourth Circuit.

This, the 15th day of June, 2020.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**